Richard J. Zuromski, Jr. (Bar No. 227569)
**SEIFERT ZUROMSKI LLP**
One Market Street, 36th Floor
San Francisco, CA 94105
Telephone: 415-293-7966
Facsimile: 415-293-8001
Email: rzuromski@szllp.com

Attorneys for Plaintiffs
Pauline Mawla and Karim Khalil

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE MAWLA and KARIM KHALIL, <br><br> Plaintiffs, <br><br> v. <br><br> SHARKNINJA OPERATING, LLC, a Delaware limited liability company, <br><br> Defendant. | No. <br><br> **COMPLAINT FOR:** <br><br> **(1) STRICT PRODUCTS LIAIBLITY** <br><br> **(2) NEGLIGENCE** <br><br> **JURY TRIAL DEMANDED** |

Comes now Plaintiffs, Pauline Mawla and Karim Khalil, and for their causes of actions against the Defendant, and alleges as follows:

**THE PARTIES**

1. Plaintiffs Pauline Mawla and Karim Khalil are residents of the State of California and is domiciled in the County of Santa Clara which is located in this judicial district.

2. Defendant Shark Ninja Operating, LLC (hereinafter "Defendant" or "Shark Ninja") is a foreign corporation organized and existing according to the laws of the State of Delaware and is engaged in the business of manufacturing, marketing, packaging, designing, assembling and selling blenders.

**STATEMENT OF JURISDICTION**

3. This Court has jurisdiction over this lawsuit based on diversity of citizenship under 28 U.S.C. § 1332, as the parties are residents of different states and the matter in controversy, without interests and costs, exceeds the sum or value of $75,000.00. As to diversity of citizenship, Plaintiffs are California citizens, while Defendant is a Delaware limited liability company, whose sole member, EP Midco, LLC, is a Delaware limited liability company, whose sole member, Global Appliance, LLC is also a Delaware limited liability company, whose sole member, Global Appliance UK Holdco Ltd which is a United Kingdom company. Defendant's principal place of business is located in Massachusetts.

4. Venue is proper in the Northern District of California pursuant to provisions of 28 U.S.C. § 1391(a). A substantial portion of the events and omissions giving rise to this lawsuit occurred in this judicial district, and the Court has personal jurisdiction over each of the parties as alleged throughout this Complaint.

**FACTUAL ALLEGATIONS**

5. Shark Ninja designs, manufactures, distributes and sells a product titled Professional Blender BL610 ("Blender").

6. The Blender is designed for consumer use to blend ingredients.

7. The Blender at issue in this case was designed, manufactured, assembled, packaged, marketed and sold by Defendant.

8. Pauline Mawla purchased the Blender on April 6, 2021.

9. On April 9, 2021, Pauline Mawla opened the Blender box so she could unload the Blender and wash it in her dishwasher.

10. The Blender box was laying on its side. Before opening the box, Pauline Mawla noticed that the bottom flap of the box was partially open. Therefore, she proceeded to open the box from that end.

11. Pauline Mawla then began pulling the Blender's canister out of the box while her left hand was holding the package steady on the edge of the counter. As she pulled the canister out of the box, the unsecured and unprotected blade fell out of the packaging and landed on her left hand, causing significant injuries and other damages as described below.

## FIRST CAUSE OF ACTION

### Strict Product Liability

12. The above captioned paragraphs 1-11 are incorporated herein as if fully set forth.

13. The Blender produced by Shark Ninja was defective in its design and packaging at the time it left possession of Shark Ninja. Plaintiffs believe that the Blender was defective in that, among other things, it failed to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner and/or there was a risk of danger in the Blender that outweighed the benefits of its design.

14. The Blender's packaging and/or design defects proximately caused Plaintiff Pauline Mawla's injuries. The primary packaging and design defects are that:

2

a. The Blender's blades were unsecured in the packaging, allowing it to fall out when a consumer is unpacking the product;

b. The Blender's blades were exposed and not covered, allowing them to cause significant injuries when it fell out of the box onto Plaintiff's hand;

c. Other defects that will be discovered through the discovery process.

## SECOND CAUSE OF ACTION

### Negligence

15. The above captioned paragraphs 1-14 are incorporated herein as if fully set forth.

16. Shark Ninja was negligent in its design and packaging of the Blender. Specifically, Shark Ninja was negligent in that it failed to design and package the Blender in a way that would prevent the blades from falling out of the packaging thereby causing injuries to Plaintiffs.

17. Shark Ninja owed a duty to the Plaintiffs to exercise ordinary care in designing and packaging the Blender.

18. Shark Ninja breached this duty by designing and packaging the Blender with dangerous packaging and design defects and also by failing to warn the Plaintiff Pauline Mawla of these defects. The breach of these duties caused the Plaintiffs to sustain injuries and was a substantial factor in causing the Plaintiffs' harm. Shark Ninja also breached this duty by failing to recall the product when it discovered these defects. These defects were discovered by the Defendant before the date the Pauline Mawla was injured.

## PRAYER FOR DAMAGES

19. The Blender was the proximate cause of Pauline Mawla's damages. Shark Ninja is therefore liable to Pauline Mawla for the following damages in excess of $75,000.00:

a. Past and future medical expenses;

3

b. Past and future physical pain and suffering;

c. Past and future mental pain and suffering;

d. Lost wages and loss of earning capacity;

e. Permanent injuries;

f. Physical impairment;

g. Loss of enjoyment of life;

h. Punitive damages;

i. Other damages to be set forth after discovery is completed.

20. The Defendant's actions amounted to oppression, fraud and/or malice justifying an award of punitive damages. Plaintiff seeks punitive damages in excess of $75,000.00.

21. Plaintiff Karim Khalil has been married to Pauline Mawla at all relevant times and has suffered loss of wages, loss of consortium, including a loss of companionship, support and affection as a result of Pauline Mawla's severe disabling injury.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: July 6, 2021                    SEIFERT ZUROMSKI LLP


By     /s/ Richard J. Zuromski, Jr.
              Richard J. Zuromski, Jr.
       Attorneys for Plaintiffs Pauline Mawla
                  and Karim Khalil

4