Richard J. Zuromski, Jr. (Bar No. 227569)
Seifert Zuromski, LLP
One Market Plaza, Thirty-Sixth Floor
San Francisco, CA 94105
Telephone:    415-293-7966
Facsimile:    415-293-8001
Email: rzuromski@SZLLP.com

Michael E. Carr (Pro Hac Vice)
Patrick E. Carr (Pro Hac Vice)
CARR & CARR
4416 S. Harvard Ave.
Tulsa, OK 74135
Telephone: (918) 747-1000
Facsimile: (918) 747-7284
Email: mcarr@carrcarr.com

Scott J. Carr (Bar No. 245588)
4 Embarcadero Center, Suite 1400
San Francisco CA 94111
Email: scarr@carrcarr.com
Telephone: 918-747-100
Facsimile:918-747-7284
Attorneys for Plaintiffs


Henry Adams, (Pro Hac Vice)
Email: hadams@shb.com
Scott D. Kaiser, SBN 332399
Email: skaiser@shb.com
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAULINE MAWLA And, | ) | |
| KARIM KHALIL, | ) | No. 3:21-CV-05202-JD |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFF PAULINE MAWLA** |
| | ) | **AND KARIM KHALIL'S** |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| SHARKNINJA OPERATING, LLC, | ) | |

United States District Court
Northern District of California

a Massachusetts limited liability )
company, )
)
Defendant. )

Comes Now the Plaintiff, Pauline Mawla and Plaintiff Karim Khalil, and the Defendant, SharkNinja Operating LLC and hereby file this dismissal with prejudice as to the claims asserted by Plaintiff Pauline Mawla and Plaintiff Karim Khalil, against SharkNinja Operating LLC. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing...a stipulation of dismissal signed by all parties who have appeared." Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby dismiss their claims with prejudice against SharkNinja Operating LLC.

Dated:  January 11, 2023                     CARR & CARR

                                             By: */s/ Michael E. Carr*
                                             Richard J. Zuromksi
                                             and
                                             Michael E. Carr (Pro Hac Vice)
                                             Attorneys for Plaintiffs

                                             SHOOK, HARDY & BACON L.L.P.
                                             By: */s/Scott D. Kaiser*
                                             Henry Davidson Adams (Pro Hac Vice)
                                             And
                                             Scott Kaiser
                                             Attorneys for Defendant

2